melvinnaputidismiss

ALICIA A.G. LIMTIACO
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam  96910
PHONE:  472-7332
FAX:  472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>       vs.<br><br>MELVIN JOHN SALAS NAPUTI,<br><br>                 Defendant. | ) CRIMINAL CASE NO. 10-00061<br>)<br>)<br>)<br>) **MOTION TO DISMISS**<br>) **COMPLAINT**<br>)<br>)<br>)<br>) |

COMES NOW the plaintiff, United States of America, by and through its undersigned

attorney, and moves that the Complaint in the above cause against defendant, MELVIN JOHN

SALAS NAPUTI, be dismissed without prejudice.  Defendant has been charged with an

information and has pled guilty to those charges in Criminal Case No. 10-00068.

Respectfully submitted this 8th day of October, 2010.

ALICIA A.G. LIMTIACO
United States Attorney
Districts of Guam and NMI


By:    /s/ Rosetta L. San Nicolas
        ROSETTA L. SAN NICOLAS
        Assistant U.S. Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28