ALICIA A.G. LIMTIACO
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 10-00061 |
| Plaintiff, | ) |
| vs. | ) **ORDER TO DISMISS** |
|  | ) **COMPLAINT** |
| MELVIN JOHN SALAS NAPUTI, | ) |
| Defendant. | ) |

The United States' Motion to Dismiss the Complaint, without prejudice, as to defendant, MELVIN JOHN SALAS NAPUTI, is hereby granted.

**SO ORDERED**.

/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Oct 12, 2010**